UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

KAREEM GRANT,

                       Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-517 (VB)

10/14/20

Defendant KAREEM GRANT hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

**X**   Conference Before a Judicial Officer

Defendant's Signature (by Deveraux Cannick)

Defendant's Counsel's Signature

KAREEM GRANT
Print Defendant's Name

DEVERAUX CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/14/20
Date

U.S. District Judge/~~U.S. Magistrate Judge~~