UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

KAREEM GRANT,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-517 (VB)

1/15/21

Defendant KAREEM GRANT hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

**X** Conference Before a Judicial Officer

_____
Defendant's Signature (by Deveraux Cannick)

_____
Defendant's Counsel's Signature

**KAREEM GRANT**
Print Defendant's Name

**DEVERAUX CANNICK**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__1/15/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge