UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KAREEM GRANT et al.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 517 (VB)

      As discussed on this date at a conference held by telephone and attended by all parties and their counsel, a status conference in this matter is scheduled for **March 15, 2021 at 3:00 p.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

      1.    **By March 8, 2021**, defense counsel shall advise the Court in writing, and by filing a letter on the docket, as to whether their clients waive their right to be physically present and consent to appear by telephone.

      2.    At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code: 1703567**

Dated: January 15, 2021
       White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge