UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

KAREEM GRANT et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CR 517 (VB)

      The Court conducted an on-the-record telephone conference today, attended by defendants Kareem Grant and Dorian Byrd, and all counsel.[1]

      Accordingly, it is HEREBY ORDERED:

1.    Defendants' motions are due April 29, 2021.

2.    The government's opposition to defendants' motions are due May 20, 2021.

3.    Defendants' replies, if any, are due June 3, 2021.

4.    A status conference and/or hearing on the motions is scheduled for <u>June 28, 2021, at 10:00 a.m.</u> The Court expects to conduct this proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

---

[1] Defendant Terrance Rose was not able to attend the conference due to COVID-19 quarantine restrictions. Mr. Rose's attorney waived his appearance during the telephone conference.

Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 15, 2021
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge