UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

_____*US*_____,

Plaintiff(s),

v.

_*Grant et al*_,

Defendant(s).

---------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/21

**CALENDAR NOTICE**

20 CR 517 (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ ~~re-scheduled~~ for: ✗ Time change ✗

✓ Status conference        ___ Final pretrial conference

___ Telephone conference        ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument        ___ Plea hearing

___ Bench ruling on motion        ___ Sentencing

on _6/28/_, 20_21_, at _11:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _6/28/21 @ 10AM_

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _5-26-_, 20_21_
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge