UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KAREEM GRANT et al.,
               Defendants.
------------------------------------------------------------x

**ORDER**

20 CR 517 (VB)

**A status conference in this matter is scheduled for <u>June 28, 2021 at 11:00 a.m.</u>**

Because of the current public health emergency, the Court will conduct this conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By **<u>June 21, 2021</u>**, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled conference, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
    **Access Code: 1703567**

Dated: May 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge